IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ___b h___ D.C.

00 JAN -5 PM 1:53

IT R. D. TROLIO
U.S. DIST CT.
OF TN JACKSON

JAMIE HAMILTON and )
BONNIE HAMILTON, )
)
Plaintiffs, )
)
VS. )                    No. 97-1261
)
GARY MYERS, as executive director )
of the Tennessee Wildlife Resources )
Agency, et al., )
)
Defendants. )


GARY ARNETT, SHELLY ARNETT, )
and JOHN PAUL ARNETT, by next )
friend, GARY ARNETT, )
)
Plaintiffs, )
)
VS. )                    No. 98-1263
)
GARY MYERS, as executive director )
of the Tennessee Wildlife Resources )
Agency, et al., )
)
Defendants. )

---

## ORDER DENYING MOTION TO CONSOLIDATE ACTIONS

---

Because judgment has been entered in favor of Defendants in case no. 98-1263, the

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __1- 6- 00__

80

motion to consolidate case no. 98-1263 with case no. 97-1261 is DENIED as moot.

IT IS SO ORDERED.


_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_____
1-5-2000
DATE