IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE AT JACKSON

04 OCT 15 AM 11:49

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W. D. OF TN JACKSON

| | | |
|---|---|---|
| JAMIE HAMILTON, AND WIFE, BONNIE HAMILTON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1-97-1261-B |
| GARY MYERS, AS EXECUTIVE DIRECTOR OF THE TENNESSEE WILDLIFE RESOURCES AGENCY, et al., | ) ) ) ) | |
| Defendants. | ) ) | |
| | | |
| GARY ARNETT, SHELLY ARNETT, and JOHN PAUL ARNETT, by next friend, GARY ARNETT, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 98 No. 1-~~97~~-1263-B |
| GARY MYERS, AS EXECUTIVE DIRECTOR OF THE TENNESSEE WILDLIFE RESOURCES AGENCY, et al., | ) ) ) ) | |
| Defendants. | ) | |

(~~PROPOSED~~) ORDER GRANTING
JOINT STIPULATED MOTION TO PARTIALLY CONSOLIDATE
AND FOR CONTINUANCE

Before the Court is the parties' joint motion to consolidate the water level and property line issue of both of these cases for trial at the same time, and to continue the trial date for Arnett, et al. v. Myers, et al., to a date after January 31, 2005. It appearing that the parties have agreed to this motion, and for other good cause shown, the motion is hereby GRANTED. A scheduling conference will be held on _____,

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  10/15/04

97-1261=138
98=1263=109

~~2004~~ in order to establish the date for the trial of the consolidated issue, as well as the date for the subsequent trial of the remaining issues in case No. 1-97-1263.

J. Daniel Breen
United States District Judge

495530.1

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 138 in case 1:97-CV-01261 was distributed by fax, mail, or direct printing on October 15, 2004 to the parties listed.

---

T. Larry Edmondson
800 Broadway
3rd Floor
Nashville, TN 37203

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Kim Koratsky
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Charles H. Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Honorable J. Breen
US DISTRICT COURT