# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE AT JACKSON

| | |
|---|---|
| JAMIE HAMILTON, AND WIFE, BONNIE HAMILTON, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 1-97-1261-B |
| GARY MYERS, AS EXECUTIVE DIRECTOR OF THE TENNESSEE WILDLIFE RESOURCES AGENCY, et al., ) ) ) ) ) | |
| Defendants. ) | |
| GARY ARNETT, SHELLY ARNETT, and JOHN PAUL ARNETT, by next friend, GARY ARNETT, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 1-98-1263-B |
| GARY MYERS, AS EXECUTIVE DIRECTOR OF THE TENNESSEE WILDLIFE RESOURCES AGENCY, et al., ) ) ) ) ) | |
| Defendants. ) | |

## (PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION FOR PERMISSION TO FILE LATE-FILED BRIEF

Before the Court is Plaintiffs' Motion for Permission to File a Late-Filed Brief. Defendants do not oppose the motion.

For good cause shown, the Motion is GRANTED.

IT IS SO ORDERED this 5th day of May, 2005.

J. Daniel Breen, United States District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5/9/05

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon the following, via U. S. Mail, postage prepaid, on this the 2nd day of May, 2005.

Robert M. Fargarson
NEELY, GREEN, FARGARSON, BROOKE & SUMMERS
65 Union Avenue, Suite 900
Memphis, TN 38103
(901) 523-2500

Charles H. Barnett
SPRAGINS, BARNETT, COBB & BUTLER
312 East Lafayette, P.O. Box 2004
Jackson, TN 38302-2004
(731) 424-0461

510395.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 166 in case 1:97-CV-01261 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

Kim Koratsky
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

T. Larry Edmondson
800 Broadway
3rd Floor
Nashville, TN 37203

Charles H. Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable J. Breen
US DISTRICT COURT