## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| JAMIE HAMILTON, and wife, BONNIE HAMILTON | ) ) ) |
| Plaintiffs, | ) ) |
| VS. | ) )  NO. 1-97-1261-B |
| GARY MYERS, as Executive Director of the Tennessee Wildlife Resources Agency, et al, | ) ) ) ) |
| Defendants. | ) ) |
| AND | ) ) |
| GARY ARNETT, SHELLY ARNETT, and JOHN PAUL ARNETT, by next friend, GARY ARNETT, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| VS. | )  NO. 1-98-1263-B |
| GARY MYERS, as Executive Director of the Tennessee Wildlife Resources Agency, et al., | ) ) ) ) |
| Defendants. | ) |

### ~~PROPOSED~~ ORDER GRANTING LEAVE TO FILE REPLY BRIEF

This matter came to be heard before the Court on the _10th_ day of _May_, 2005, wherein the Court finds that the Defendant's Motion is well-taken,

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on _5/11/05_

IT IS, THEREBY, ORDERED that the Defendants are granted leave of Court to file a Reply Brief to the Plaintiffs' Responses to Defendants' Motion for an Order Compelling the Joinder of a Necessary Party within ten (10) days from the entry of this Order.

ENTER this the  10th  day of  May , 2005.

*S. Thomas Anderson*
~~J. DANIEL BREEN, DISTRICT JUDG~~E

APPROVED FOR ENTRY:

SPRAGINS, BARNETT, COBB & BUTLER, PLC

By: _____
CHARLES H. BARNETT #8721
CLINTON H. SCOTT #23008
Attorney for Defendants
P.O. Box 2004, 312 East Lafayette Street
Jackson, TN 38302
(731) 424-0461

## **CERTIFICATE OF SERVICE**

The undersigned certifies that at true copy of the foregoing has been served on:

Mr. Robert M. Fargarson
65 Union Ave., 9th Floor
P. O. Drawer 3543
Memphis, TN 38173-0543

Mr. Glen G. Reid
Wyatt, Tarrant & Combs
P.O. Box 775000
Memphis, TN 38177-5000

Ms. Gale Norton, Secretary of Interior
U. S. Department of Interior
1849 C Street, N.W.
Mail Stop: 7229 MIB
Washington, D.C. 20240-0001

Mr. Alberto R. Gonzalez, Attorney General
U. S. Department of Justice
950 Pennsylvania Avenue
Room B-103
Washington, D.C. 20530-0001

Mr. John Harrington
Regional Solicitor's Office
U. S. Department of Interior
75 Spring Street, SW, Suite 304
Atlanta, GA 30303

Mr. Terrell L. Harris
U.S. Department of Justice
800 Clifford David Federal Building
167 N Main Street
Memphis, TN 38103

by depositing the same in the United States Mail, postage prepaid, addressed as shown above, on the 9th day of May, 2005.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 169 in case 1:97-CV-01261 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Charles H. Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

T. Larry Edmondson
800 Broadway
3rd Floor
Nashville, TN 37203

Kim Koratsky
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable J. Breen
US DISTRICT COURT