IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| JAMIE HAMILTON, et ux., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO.   97-1261 B/An — |
| | ) | |
| GARY MYERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

and

| | | |
|---|---|---|
| GARY ARNETT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO.   98-1263 B/An |
| | ) | |
| GARY MYERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER SETTING STATUS CONFERENCE

**IT IS ORDERED** that a telephone status conference in this matter should be held before United States Magistrate Judge S. Thomas Anderson on **TUESDAY, JUNE 21, 2005 at 10:30 A.M.** Counsel for the Defendants shall initiate the conference call and shall insure that all counsel of record in both cases 97-1261 and 98-1263 are on the telephone prior to dialing Judge Anderson's chambers in Jackson, Tennessee.

The purpose of this telephone conference will be to discuss the status of settlement discussions, whether a ruling on any pending motions would likely aid or hinder the prospects for

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 6/8/05

settlement, and to establish pre-settlement conference procedures.

**IT IS SO ORDERED.**

*[signature]*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: June 06, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 215 in case 1:97-CV-01261 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Charles H. Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Kim Koratsky
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

T. Larry Edmondson
800 Broadway
3rd Floor
Nashville, TN 37203

Honorable J. Breen
US DISTRICT COURT