IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| JAMIE HAMILTON, et ux., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO.   97-1261 B/An |
| | ) | |
| GARY MYERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

and

| | | |
|---|---|---|
| GARY ARNETT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO.   98-1263 B/An |
| | ) | |
| GARY MYERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court held a conference call for both of these matters on June 20, 2005. During the conference call, counsel for all parties agreed that the Court should delay ruling on Defendant's Motion to Join until after the parties attend a settlement conference before the Undersigned. It is therefore **ORDERED** that the parties shall submit a confidential pre-mediation statement to the Court by August 16, 2005. The parties shall not be required to serve a copy of this statement on

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 7/28/05

opposing counsel.

**IT IS SO ORDERED.**

_____
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: July 26, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 216 in case 1:97-CV-01261 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

Charles H. Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

T. Larry Edmondson
800 Broadway
3rd Floor
Nashville, TN 37203

Kim Koratsky
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable J. Breen
US DISTRICT COURT