IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE AT JACKSON

JAMIE HAMILTON, AND WIFE,
BONNIE HAMILTON,

    Plaintiffs,

v.      No. 1-97-1261-B

GARY MYERS, AS EXECUTIVE DIRECTOR
OF THE TENNESSEE WILDLIFE
RESOURCES AGENCY, et al.,

    Defendants.

### ORDER OF DISMISSAL

The Court has been advised by counsel for the parties that the Plaintiffs and Defendants in this case have settled all claims and disputes between the parties in this case, and that this case can be dismissed with prejudice.

The dismissal of the claims in this case shall not have any affect upon the claims that are pending in the companion case of *Gary Arnett, Shelly Arnett and John Paul Arnett, by next friend, Gary Arnett, v. Gary Myers, as Executive Director of the Tennessee Wildlife Resources Agency, et al.*, Case No. 1-97-1263-B.

It is so ORDERED.

United States District Judge

Dated: 12/2/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/8/05

APPROVED AS TO FORM:

_/s/ Glen G. Reid, Jr._

Glen G. Reid, Jr. (#8184)
Wyatt, Tarrant & Combs, LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38119
901-537-1000
Attorney for Plaintiffs

_Charles H. Barnett by CBClayton w/ permission_

Charles H. Barnett
SPRAGINS, BARNETT, COBB & BUTLER
312 East Lafayette, P.O. Box 2004
Jackson, TN 38302-2004
Attorney for Defendants

524721.1

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 217 in case 1:97-CV-01261 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

Charles H. Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Kim Koratsky
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

T. Larry Edmondson
800 Broadway
3rd Floor
Nashville, TN 37203

Honorable J. Breen
US DISTRICT COURT