UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



**JUDGMENT IN A CIVIL CASE**

JAMIE HAMILTON, AND WIFE
BONNIE HAMILTON,

      Plaintiffs,

VS.                                                NO. 1:97-cv-1261-B

GARY MYERS, AS EXECUTIVE DIRECTOR
OF THE TENNESSEE WILDLIFE
RESOURCES AGENCY, et al,

      Defendant(s).

Pursuant to the Order of Dismissal, parties have advised the Court that all claims and disputes between the parties in this case have been settled, and that this case can be dismissed with prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

DATE: 12/2/05

                                                                          THOMAS M. GOULD, CLERK

                                                                          BY: _____

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 12/8/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 218 in case 1:97-CV-01261 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

T. Larry Edmondson
800 Broadway
3rd Floor
Nashville, TN 37203

Charles H. Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Kim Koratsky
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable J. Breen
US DISTRICT COURT